UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                                     :

DOMINIQUE SHAW,                                    :

                                                                      :     **ORDER**

                                  Plaintiff,               :

         v.                                                 :     19 Civ. 11030 (AKH)

                                                                       :

REQUISITE BOOTIE, INC. d/b/a LUCIEN   :
FRENCH BISTRO, et al.,
                                                                       :

                                      Defendants.        :

------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

      Plaintiff's motion for discovery (ECF No. 23) is granted. In view of the absence of a settlement agreement, Defendants shall respond to Plaintiff's discovery requests by August 17, 2020.

        SO ORDERED.

Dated:     August 6, 2020                              /s/ Alvin K. Hellerstein
            New York, New York                ALVIN K. HELLERSTEIN
                                                               United States District Judge